**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN CUREN,<br><br>   Plaintiff,<br><br> v.<br><br>FEDERAL CROP INSURANCE CORPORATION ET AL.,<br><br>   Defendants.      / | No. C 13-04601 CRB<br><br>**JUDGMENT** |

  Having granted Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (dkt. 29), the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 22, 2014

                CHARLES R. BREYER
                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\4601\judgment.wpd