MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
MICHELE THOMPSON, ESQ., CA Bar #241676
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

Attorneys for Plaintiff John Van Curen, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

JOHN VAN CUREN, as Trustee of the Chapter 11 Estate of MICHAEL HAT, a/k/a MICHAEL HAT FARMING COMPANY,

Plaintiff,

v.

FEDERAL CROP INSURANCE CORPORATION; and RISK MANAGEMENT AGENCY,

Defendants.

Case No. CV-13-04601-CRB

Date: June 24, 2016
Time: 10:00 a.m.
Courtroom: 6, 17th Floor
Judge: Hon. Charles R. Breyer

**STIPULATION TO SCHEDULE CASE MANAGEMENT CONFERENCE; ORDER THEREON**

Following the Ninth Circuit Court of Appeals' recent decision, the parties believe that a case management conference is in order, to set a case management schedule for this matter.

NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE, SUBJECT TO APPROVAL BY THE COURT, as follows:

1. A case management conference shall be scheduled for June 24, 2016, at 10:00 a.m. or as soon thereafter as counsel may be heard.

2. The Parties shall each file and serve a case management conference statement no later than June 20, 2016.

3. The stipulated time for submission of the joint statement is proposed for June 20, 2016 in order to accommodate counsel's scheduling conflicts for the remainder of this week including travel.

DATED: June 14, 2016

| MEYERS LAW GROUP, P.C. | MELINDA HAAG, United States Attorney |
|---|---|
| By    /s/ Merle C. Meyers<br>Merle C. Meyers, Esq.<br>Attorneys for Plaintiff | By    /s/ Jonathan U. Lee<br>Jonathan U. Lee, Esq.<br>Assistant United States Attorney<br>Attorneys for Defendants |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 17, 2016

_____
United States District Judge