1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division

4   JONATHAN U. LEE (CSBN 148792)
    Assistant United States Attorney

5

6          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495

7          Telephone: (415) 436-6909
           FAX: (415) 436-7234

8          Jonathan.Lee@usdoj.gov

9   Attorneys for Defendants FEDERAL CROP
    INSURANCE COMPANY and RISK MANAGEMENT AGENCY

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14

15   JOHN VAN CUREN, as Trustee of the Chapter )   Case No. CV-13-04601-CRB
     11 Estate of MICHAEL HAT, a/k/a MICHAEL )
16   HAT FARMING COMPANY,                     )
                                              )   **REQUEST TO PERMIT COUNSEL TO**
17          Plaintiff,                        )   **APPEAR AT CMC BY TELEPHONE;**
                                              )   **ORDER**
18      v.                                    )
                                              )
19   FEDERAL CROP INSURANCE               )
     CORPORATION and RISK MANAGEMENT )            Date:   June 24, 2016
20   AGENCY,                                  )   Time:   10:00 a.m.
                                              )   Courtroom: 6, 17th Floor
21          Defendants.                       )   Judge:  Hon. Charles R. Breyer
                                              )
22   _____ )

23

24

25

26

27

28

*Van Curen v. FCIC and RMA*                       MOTION TO PERMIT APPEARANCE BY TELEPHONE
CV 13-04601 CRB

## I.     <u>INTRODUCTION</u>

Defendants' undersigned counsel hereby requests permission to appear by telephone at the case management conference scheduled for June 24, 2016 at 10:00 a.m.  The reason for the request is counsel's attendance at a deposition in another case out of state on June 24, 2016.  The undersigned counsel regrets the scheduling error and apologizes to the Court.  Counsel for plaintiff does not oppose this request.

## II.    <u>DISCUSSION</u>

Counsel for the parties recently met and conferred regarding the current status of this litigation following the Ninth Circuit's recent decision dated June 2, 2016.  Counsel agreed to request a status conference by stipulation.

From June 14-16, 2016, the undersigned counsel was out of state assisting in the care of his elderly father.  On June 14, 2016, plaintiff's counsel graciously provided a draft stipulation to the undersigned.  On June 15, 2016, defense counsel agreed to the proposed date of June 24, 2016.  Plaintiff's counsel filed the stipulation the next day.

The undersigned has a conflict on June 24, 2016 that should have caused him to request another agreed upon date.  He is traveling to Kansas on June 23-24, 2016 for a deposition in another case; the deposition has been scheduled for several weeks and is taking place pursuant to an order following motion proceedings.  Counsel apologizes for not realizing the scheduling error before the filing of the parties' recent stipulation.

Earlier this morning, the undersigned realized his scheduling error, contacted plaintiff's counsel, explained the situation and provided a draft form of a stipulation to postpone the case management conference to another mutually agreeable date.  Once the Court's order was received this afternoon, counsel met and conferred and agreed that this request would be acceptable.  (The only alternate date for a CMC counsel could identify on their respective schedules in the near term was Tuesday, June 28, 2016.)

Under Civil Local Rule 16-10, requests to participate in case management conferences by telephone are to be filed and served seven days before the conference.  In this case, however, counsel did not realize the scheduling error until this morning.  In light of the foregoing, the undersigned counsel requests permission to attend the CMC by telephone at 10:00 a.m.

## III.    <u>CONCLUSION</u>

Counsel respectfully requests permission to appear telephonically at the June 24, 2016 case management conference.

DATED: June 22, 2016                                  Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ *Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

1

## <u>ORDER</u>

2          The request to appear telephonically is granted.

3    Date:  June 21, 2016          _____

4                                  Hon. Charles R. Breyer
                                   UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28